# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>　　　Curtis Miree<br><br>　　　　　　Debtor(s) | Case No. 12 B 37286 |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

　　Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

　　1)　The case was filed on 09/20/2012.

　　2)　The plan was confirmed on 12/20/2012.

　　3)　The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 06/27/2013, 01/16/2014.

　　4)　The trustee filed action to remedy default by the debtor in performance under the plan on 10/10/2013, 03/25/2014.

　　5)　The case was Dismissed on 05/15/2014.

　　6)　Number of months from filing to last payment: 19.

　　7)　Number of months case was pending: 21.

　　8)　Total value of assets abandoned by court order: NA.

　　9)　Total value of assets exempted: NA.

　　10) Amount of unsecured claims discharged without payment: $0.00.

　　11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $25,520.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $25,520.00

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $345.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,077.58 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $1,422.58

Attorney fees paid and disclosed by debtor:   $3,500.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Ability Graphics | Unsecured | 458.00 | NA | NA | 0.00 | 0.00 |
| Ability Network, inc. | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Ability Network, inc. | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Ability Network, inc. | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Alphagraphics | Unsecured | 692.00 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP | Unsecured | 374.50 | 919.85 | 919.85 | 0.00 | 0.00 |
| Americredit Financial Ser Inc | Unsecured | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Americredit Financial Ser Inc | Secured | 35,569.00 | 34,937.08 | 34,937.08 | 7,636.00 | 1,807.05 |
| At&t | Unsecured | 610.00 | NA | NA | 0.00 | 0.00 |
| Cap One | Unsecured | 90.00 | NA | NA | 0.00 | 0.00 |
| Cbeyon | Unsecured | 932.97 | NA | NA | 0.00 | 0.00 |
| City of Chicago | Unsecured | 390.00 | NA | NA | 0.00 | 0.00 |
| ComEd | Unsecured | 244.95 | NA | NA | 0.00 | 0.00 |
| Cook County Treasurer | Secured | 626.47 | 626.47 | 626.47 | 207.17 | 0.00 |
| Cook County Treasurer | Secured | 5,180.78 | 5,180.78 | 5,180.78 | 0.00 | 0.00 |
| CRS Home Therapy, PC | Unsecured | 370.00 | NA | NA | 0.00 | 0.00 |
| CRS Home Therapy, PC | Unsecured | 180.00 | NA | NA | 0.00 | 0.00 |
| CRS Home Therapy, PC | Unsecured | 425.00 | NA | NA | 0.00 | 0.00 |
| CRS Home Therapy, PC | Unsecured | 225.00 | NA | NA | 0.00 | 0.00 |
| CRS Home Therapy, PC | Unsecured | 1,890.00 | NA | NA | 0.00 | 0.00 |
| CRS Home Therapy, PC | Unsecured | 450.00 | NA | NA | 0.00 | 0.00 |
| CRS Home Therapy, PC | Unsecured | 740.00 | NA | NA | 0.00 | 0.00 |
| Crystal & Hinckley Springs | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Dish Network | Unsecured | 303.39 | NA | NA | 0.00 | 0.00 |
| Dr. Bola Ayeni M.D. | Unsecured | 8,000.00 | NA | NA | 0.00 | 0.00 |
| Dreyer, Ooms, & Van Drumen, Ltd. | Unsecured | 648.58 | NA | NA | 0.00 | 0.00 |
| Dreyer, Ooms, & Van Drumen, Ltd. | Unsecured | 5,558.18 | NA | NA | 0.00 | 0.00 |
| Dreyer, Ooms, & Van Drumen, Ltd. | Unsecured | 363.40 | NA | NA | 0.00 | 0.00 |
| Event Promotions Now | Unsecured | 170.50 | NA | NA | 0.00 | 0.00 |
| Faith Hawley | Unsecured | 1,053.00 | NA | NA | 0.00 | 0.00 |
| Family Med Care Center | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Healthcare Recruiters Intl | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| Healthcare Synergy | Unsecured | 400.00 | 3,156.18 | 3,156.18 | 0.00 | 0.00 |
| Homewood Disposal Services | Unsecured | 98.96 | NA | NA | 0.00 | 0.00 |
| IDES | Secured | 5,494.02 | 5,494.02 | 5,494.02 | 1,167.44 | 219.22 |
| IDES | Priority | 0.00 | 19,245.30 | 19,245.30 | 715.36 | 0.00 |
| IDES | Unsecured | NA | 790.00 | 790.00 | 0.00 | 0.00 |
| Illinois Department of Employment Securi | Unsecured | NA | 450.13 | 450.13 | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Priority | 4,474.41 | 101.67 | 101.67 | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Unsecured | NA | 403.02 | 403.02 | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Unsecured | NA | 236.96 | 236.96 | 0.00 | 0.00 |
| Illinois Dept of Revenue 0414 | Priority | NA | 3,552.69 | 3,552.69 | 63.66 | 0.00 |
| Illinois State Police | Unsecured | 370.00 | NA | NA | 0.00 | 0.00 |
| Internal Revenue Service | Secured | 48,314.19 | 48,314.19 | 48,314.19 | 10,310.52 | 1,809.75 |
| Internal Revenue Service | Priority | 0.00 | 4,348.95 | 4,348.95 | 161.25 | 0.00 |
| Internal Revenue Service | Unsecured | 163.68 | 1,630.69 | 1,630.69 | 0.00 | 0.00 |
| Iron Mountain | Unsecured | 188.44 | NA | NA | 0.00 | 0.00 |
| Ivans, Inc. | Unsecured | 668.03 | NA | NA | 0.00 | 0.00 |
| Ivans, Inc. | Unsecured | 55.64 | NA | NA | 0.00 | 0.00 |
| James L Policchio & Associates | Unsecured | 2,100.00 | NA | NA | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 0.00 | 445.99 | 445.99 | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | NA | 1,814.24 | 1,814.24 | 0.00 | 0.00 |
| Marc Matteson LLC | Unsecured | 22,884.04 | NA | NA | 0.00 | 0.00 |
| Mark Realty | Unsecured | 8,310.40 | NA | NA | 0.00 | 0.00 |
| MCR Recievables | Unsecured | 1,275.51 | NA | NA | 0.00 | 0.00 |
| MCSI | Unsecured | 200.00 | 400.00 | 400.00 | 0.00 | 0.00 |
| MCSI | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Midland Funding LLC | Unsecured | 1,583.00 | 1,553.44 | 1,553.44 | 0.00 | 0.00 |
| Midland Funding LLC | Unsecured | 4,105.02 | 5,253.61 | 5,253.61 | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 1,087.94 | 1,107.84 | 1,107.84 | 0.00 | 0.00 |
| Performance Source Inc. | Unsecured | 1,023.45 | NA | NA | 0.00 | 0.00 |
| Personnel Planners Inc. | Unsecured | 1,075.00 | NA | NA | 0.00 | 0.00 |
| Personnel Planners Inc. | Unsecured | 1,330.00 | NA | NA | 0.00 | 0.00 |
| Pitney Bowes | Unsecured | 211.44 | NA | NA | 0.00 | 0.00 |
| Portfolio | Unsecured | 623.00 | NA | NA | 0.00 | 0.00 |
| Premium Trust Account | Unsecured | 3,026.00 | NA | NA | 0.00 | 0.00 |
| Private Dental Services | Unsecured | 319.20 | NA | NA | 0.00 | 0.00 |
| PSU Inc | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Quest Diagnostics | Unsecured | 116.00 | NA | NA | 0.00 | 0.00 |
| Ron Kovar | Unsecured | 1,070.00 | NA | NA | 0.00 | 0.00 |
| Scope Physical Therapy | Unsecured | 3,800.00 | NA | NA | 0.00 | 0.00 |
| Sears HVAC Ship | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| Serenity Living Company | Unsecured | 7,125.00 | NA | NA | 0.00 | 0.00 |
| The F1 Group LLC | Unsecured | 20,313.81 | 18,197.58 | 18,197.58 | 0.00 | 0.00 |
| United States Dept Of Education | Unsecured | 37,080.88 | 38,179.20 | 38,179.20 | 0.00 | 0.00 |
| Unviersal Rehabilitation Services P | Unsecured | 11,945.00 | NA | NA | 0.00 | 0.00 |
| Vericore | Unsecured | 363.82 | NA | NA | 0.00 | 0.00 |
| Verizon Wireless | Unsecured | 2,929.12 | NA | NA | 0.00 | 0.00 |

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $34,937.08 | $7,636.00 | $1,807.05 |
| All Other Secured | $59,615.46 | $11,685.13 | $2,028.97 |
| **TOTAL SECURED:** | **$94,552.54** | **$19,321.13** | **$3,836.02** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $27,248.61 | $940.27 | $0.00 |
| **TOTAL PRIORITY**: | **$27,248.61** | **$940.27** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$74,538.73** | **$0.00** | **$0.00** |

| **Disbursements:** | |
|---|---|
| Expenses of Administration | $1,422.58 |
| Disbursements to Creditors | $24,097.42 |
| **TOTAL DISBURSEMENTS** : | **$25,520.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 07/02/2014          By: /s/ Marilyn O. Marshall
                                                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**